UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPARKY'S RESTAURANT COMPANY,<br><br>　　　　Defendant. | Case No. 19-cv-03878-KAW<br><br>**ORDER DENYING REQUEST TO BE RELIEVED FROM MEDIATION; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

On February 26, 2020, the parties filed a stipulation to be relieved from mediation. (Dkt. No. 24.) The parties noted that mediation had been scheduled for February 24, 2020, but that it had not gone forward because Defendant's client representative failed to appear. (*Id.* at 2; Dkt. No. 23.)

The Court DENIES the stipulation without prejudice. While the parties state that they "believe that further attendance at mediation is unlikely to result in a settlement in this matter," the parties fail to explain why mediation would be futile.

The Court also ORDERS Defendant to show cause, by **March 11, 2020**, why Defendant should not be sanctioned for failing to appear at the scheduled mediation.

IT IS SO ORDERED.

Dated: March 3, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge