UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br>        Plaintiff,<br>v.<br>SPARKY'S RESTAURANT COMPANY,<br>        Defendant. | Case No. 19-cv-03878-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 25 |

On March 3, 2020, the Court issued an order to show cause why Defendant should not be sanctioned for failing to appear at the February 24, 2020 mediation. (Dkt. No. 25.) Defendant's response was due by March 11, 2020. (*Id.*) As of the date of this order, Defendant has not filed a response.

Accordingly, the Court ORDERS Defendant to show cause, by **April 3, 2020**, why Defendant should not be sanctioned for: (1) failing to appear at the February 24, 2020 mediation, and (2) failing to respond to the March 3, 2020 order to show cause. Failure to respond **will** result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: March 24, 2020

                                                                           _____
                                                                           KANDIS A. WESTMORE
                                                                           United States Magistrate Judge