GUTIERREZ MARCA LLP
WILLIAM F. GUTIERREZ, SBN 148668
MATTHEW D. MARCA SBN 180686
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: 415.231.6160
Facsimile: 415.231.6164
E-mail: wgutierrez@gutierrez-marca.com
Email: mmarca@gutierrez-marca.com

Attorneys for Defendant
SPARKY'S RESTAURANT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>SPARKY'S RESTAURANT COMPANY,<br><br>    Defendants. | Case No. 4:19-CV-03878-kaw<br><br>**DEFENDANT'S STATUS REPORT RE: SETTLEMENT**<br><br>Complaint Filed:   July 5, 2019 |

Defendant submits this status report pursuant to the Court's order dated April 7, 2021:

The Parties completed mediation on December 7, 2021. A settlement agreement was signed by all Parties on December 8, 2021. The Agreement calls for obligations by Defendant that will be completed by December 28, 2021. A dismissal should be filed by Plaintiff shortly thereafter.

Dated: April 20, 2021

_____
MATTHEW D. MARCA
GUTIERREZ MARCA LLP
Attorneys for Defendant
SPARKY'S RESTAURANT COMPANY

GUTIERREZ MARCA LLP
465 California Street
5th Floor
San Francisco, CA 94104
415.231.6160

1.                    Case No. 4:19-CV-03878-KAW

DEFENDANT'S STATUS REPORT RE: SETTLEMENT

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 465 California Street, 5th Floor, San Francisco, California 94104. On April 20, 2021, I served the within document(s):

DEFENDANT'S STATUS REPORT RE: SETTLEMENT

X   BY ELECTRONIC CASE FILING: Pursuant to controlling General Orders and Local Rules of Court, the foregoing document was served by the court via ECF and hyperlink to the document.

On April 20, 2021, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive ECF transmission at the email addresses stated below:, as follows:.

**Zachary Best**
**Tanya Moore**
**Moore Law Firm, PC**
**332 North Second Street**
**San Jose, CA 95112**
**service@moorelawfirm.com**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 20, 2021, at El Segundo, California.

/S/
_____
Matthew D. Marca

GUTIERREZ MARCA LLP
465 California Street
5th Floor
San Francisco, CA 94104
415.231.6160

1.   Case No. [insert court case no.]
Proof of Service