Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW, | No. 4:19-cv-03878-KAW |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SPARKY'S RESTAURANT COMPANY, | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and Defendants, Sparky's Restaurant Company, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 17, 2022        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw

Dated: January 17, 2022        GUTIERREZ MARCA, LLP

*/s/ Matthew D. Marca*
Matthew D. Marca
Attorneys for Defendant,
Sparky's Restaurant Company

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw